## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kelly James

                       Plaintiff,

v.                                           Case No.: 1:14–cv–03661
                                                  Honorable Amy J. St. Eve

M Chernik, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 9, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 12/9/2014. Defendants' unopposed motion to stay pending the outcome of the underlying criminal proceeding [18] is granted. This case is hereby stayed until further order of the court. Status hearing set for 12/17/14 is stricken and reset to 3/19/2015 at 08:30 AM.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.