# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kelly James

                    Plaintiff,

v.                                               Case No.: 1:14–cv–03661
                                                        Honorable Amy J. St. Eve

M Chernik, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 19, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 3/19/2015 and continued to 5/14/2015 at 08:30 AM. Stay of the case is lifted. Rule 26(a)(1) disclosures by 3/26/15. Written discovery shall be issued by 4/7/15. Fact discovery shall be completed by 9/18/15. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.