# EXHIBIT A



DEPARTMENT OF LAW

CITY OF CHICAGO

**VIA U.S. Mail and Electronic Mail**

June 1, 2015

Paul Duffy
345 E. Ohio Street, 5th Floor
Chicago IL, 60611

**RE:** *James v. Chernik et al.*, **14 C 3661**

Counsel:

I am writing pursuant to FRCP 37 and Local Rule 37.2 with regard to the status of Plaintiff's overdue discovery responses. At the May 14, 2015 status hearing, you represented to the Court and to defense counsel that Plaintiff would be tendering her responses by May 15, 2015. To date, we have not received them. Please provide them to us by Friday, June 5, 2015 or we will be forced to file a motion to compel with the Court.

Also, as I mentioned in my previous correspondence to you, Defendants do not accept service by email. Additionally, we still have not received a hard copy of Plaintiff's Rule 26(a) initial disclosures. If you have any questions, please contact me.

Sincerely,

Julian Johnson
Assistant Corporation Counsel
City of Chicago, Law Department
312-742-0333

Cc: Tiffany Harris, Senior Counsel (via email)