# EXHIBIT B

## Johnson, Julian

**From:** Paul Duffy <pduffy@pduffygroup.com>
**Sent:** Tuesday, June 09, 2015 12:14 PM
**To:** Johnson, Julian
**Subject:** RE: Kelly James, 14 C 3661

Thanks very much. Do you want me to resend the Rule 26 disclosure on a form other than email?

> On June 9, 2015 at 10:13 AM "Johnson, Julian"
> <Julian.Johnson@cityofchicago.org> wrote:
>
>
> Mr. Duffy,
>
> That's not a problem. Please get us the responses by Thursday.
>
> Julian Johnson
> Assistant Corporation Counsel
> Federal Civil Rights Litigation Division City of Chicago, Department
> of Law
> 30 N. LaSalle St., Suite 900
> Chicago, IL 60602
> 312.742.0333
>
> This communication may be privileged and confidential, and may relate
> to legal matters that are subject to the attorney-client privilege.
> If you are not the intended recipient of this communication you must
> destroy this email and any attachments or copies, and are prohibited
> from retaining, distributing, disclosing, or using any information
> contained herein. Please notify the sender of any error by return
> e-mail or by calling 312.742.0333
>
>
> -----Original Message-----
> From: Paul Duffy [mailto:pduffy@pduffygroup.com]
> Sent: Tuesday, June 09, 2015 9:35 AM
> To: Johnson, Julian
> Subject: Re: Kelly James, 14 C 3661
>
> Mr Johnson I have been ill for most of the past two weeks. May I have
> until this Thursday to submit responses to the discovery?
>
>
>
>
> > On June 1, 2015 at 2:34 PM "Johnson, Julian"
> > <Julian.Johnson@cityofchicago.org> wrote:
> >

1

> >
> > Counsel,
> >
> > Please see the attached letter which was also placed in the mail.
> >
> > Julian Johnson
> > Assistant Corporation Counsel
> > Federal Civil Rights Litigation Division City of Chicago, Department
> > of Law
> > 30 N. LaSalle St., Suite 900
> > Chicago, IL 60602
> > 312.742.0333
> >
> > This communication may be privileged and confidential, and may
> > relate to legal matters that are subject to the attorney-client privilege.
> > If you are not the intended recipient of this communication you
> > must destroy this email and any attachments or copies, and are
> > prohibited from retaining, distributing, disclosing, or using any
> > information contained herein. Please notify the sender of any error
> > by return e-mail or by calling 312.742.0333
> >
> >
> >
> > _____
> > This e-mail, and any attachments thereto, is intended only for use
> > by the
> > addressee(s) named herein and may contain legally privileged and/or
> > confidential information. If you are not the intended recipient of
> > this e-mail (or the person responsible for delivering this document
> > to the intended recipient), you are hereby notified that any
> > dissemination, distribution, printing or copying of this e-mail, and
> > any attachment thereto, is strictly prohibited. If you have received
> > this e-mail in error, please respond to the individual sending the
> > message, and permanently delete the original and any copy of any
> > e-mail and printout thereof.