# EXHIBIT C



DEPARTMENT OF LAW

CITY OF CHICAGO

**VIA U.S. Mail and Electronic Mail**

June 19, 2015

Paul Duffy
345 E. Ohio Street, 5th Floor
Chicago IL, 60611

RE:   *James v. Chernik et al.*, **14 C 3661**

Counsel:

     I am again writing pursuant to FRCP 37 and Local Rule 37.2 with regard to the status of Plaintiff's long overdue discovery responses. As mentioned in my June 1, 2015 letter to you, Plaintiff's discovery responses were to be tendered by May 15, 2015. In response to that letter, you stated you would get us Plaintiff's responses by Thursday, June, 11, 2015. To date, Defendants have not received any them.

     Please get us your responses by June 16, 2015 or Defendants will be forced to seek intervention from the court.

Sincerely,

Julian Johnson
Assistant Corporation Counsel
City of Chicago, Law Department
312-742-0333


Cc: Tiffany Harris, Senior Counsel (via email)