**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Kelly James

,

Plaintiff(s),

v.

Chernik et al.,

Defendant(s).

Case No. 14 C 3661
Judge Amy J. St. Eve

## ORDER

The Clerk is directed to remove plaintiff's counsel, Mr. Paul A. Duffy, from receiving electronic notices because the Court has learned that Mr. Duffy is deceased based on available information on the IL ARDC website. Additionally, the Clerk is directed to mail a hard copy of this order along with a copy of the a blank copy of the Notification of Party Contact Information Form to Mr. Duffy's last known mailing address via certified mail, return receipt required. Mr. Duffy's former firm is ordered to either file the enclosed form by October 5, 2015 or file an appearance for an attorney whom will represent Mr. Duffy's client. Status hearing set for September 23, 2015 is stricken and reset to October 15, 2015 at 8:30 a.m. in courtroom 1241.

Date: 9/4/2015

Amy J. St. Eve
United States District Judge